UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

CIVIL ACTION NO. 05-CV-142-HRW

LARRY ROGER MEREDITH, JR.                                 PETITIONER

VS.                            **JUDGMENT**

UNITED STATES OF AMERICA                                 RESPONDENT

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) The petitioner, Larry Roger Meredith, Jr., has named the United States of America as the respondent in this 28 U.S.C. §2241 habeas corpus proceeding.

(2) The petitioner's claims against the respondent are **DISMISSED WITH PREJUDICE**.

(3) Judgment **IS ENTERED** in favor of the respondent.

(4) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) This matter [05-CV-142-HRW] **IS STRICKEN** from the active docket.

This January 5, 2006.



Signed By:
Henry R Wilhoit Jr.
United States District Judge